# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**86**

**CAF 11-01051**

PRESENT: CENTRA, J.P., FAHEY, PERADOTTO, CARNI, AND MARTOCHE, JJ.

---

IN THE MATTER OF LINDA K. MAGGIO,
PETITIONER-RESPONDENT,

V                                                    ORDER

JOHN A. MAGGIO, RESPONDENT-APPELLANT.

---

WILLIAM M. BORRILL, NEW HARTFORD, FOR RESPONDENT-APPELLANT.

C. LOUIS ABELOVE, UTICA, FOR PETITIONER-RESPONDENT.

--------------------------------------------------------------------------------

Appeal from an order of the Family Court, Oneida County (James R. Griffith, J.), entered February 10, 2011 in a proceeding pursuant to Family Court Act article 4.  The order, among other things, denied respondent's objections to orders of support issued by the Support Magistrate.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  February 10, 2012                    Frances E. Cafarell
                                               Clerk of the Court